BOBBY A. BAUTISTA
900 Fort Street Mall, Suite 1620
Honolulu, Hawaii 96813
Telephone: (808) 561-3289
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD SKAFF, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI,<br><br>Defendants. | CIVIL NO. 01-00666 HG/KSC<br>(Other Civil Action)<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER |

<u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER</u>

Pursuant to Local Rule 83.6 (b) and (c) of the United States District Court for the District of Hawaii attorney Bobby A. Bautista hereby WITHDRAWS as counsel of record for the Plaintiff in the above-captioned case and attorney Lunsford Dole Phillips hereby SUBSTITUTES as the Plaintiffs' counsel of record.

DATED: Honolulu, Hawaii, 1/3/2006.

_[signature]_     _[signature]_

BOBBY A. BAUTISTA     LUNSFORD DOLE PHILLIPS

APPROVED AND SO ORDERED:

_[signature]_
JUDGE OF THE ABOVE-CAPTIONED COURT

*Skaff, et al. v. County of Maui,* U.S.D.C. Civil No. 01-00666 HG/KCS; Withdrawal and Substitution of Counsel; Order