# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV01-00666HG-KSC

CASE NAME:          Richard Skaff v. County of Maui

ATTYS FOR PLA:      Lunsford Phillips

ATTYS FOR DEFT:     Paul Sheriff, by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/13/2006 | TIME: | 9:15-9:25am |

COURT ACTION:  EP: Status Conference.  Discussion held.  Plaintiff to review the transition plan.  Mr. Phillips to have a conference call with his clients next week and get back to Mr. Sheriff and Ms. Martin so that they may notify the council and start the process.

Submitted by: Shari Afuso, Courtroom Manager