**ORIGINAL**

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734
Lunsfordp001@hawaii.rr.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

LODGED  o'clock and 40 min. ___M
JOE BEITIA, CLERK

FEB 14 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD SKAFF, individually and on behalf of those similarly situated, | CIVIL NO. 01-00666 HG/KSC (Other Civil Action) |
| Plaintiffs, | |
| vs. | STIPULATION OF THE PARTIES; EXHIBIT "A;" ORDER |
| COUNTY OF MAUI, | |
| Defendants. | |

## STIPULATION OF THE PARTIES

The parties to the above-captioned matter, through their undersigned counsel, agree and stipulate to be bound by the court monitor's interim report attached hereto as Exhibit "A."

DATED: Honolulu, Hawaii, June 26, 2006

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiffs


_____
LAUREEN MARTIN
Attorney for Defendant


APPROVED AND SO ORDERED:


_____ FEB 2 1 2007
Judge of the above-e4ntitled Court


---

USDC CV. 01-00666 HG/KSC; SKAFF, ET AL. V. COUNTY OF MAUI;
STIPULATION OF THE PARTIES; EXHIBIT A; ORDER