Maui County Park and Recreation Department
# ADA Transition Plan Implementation Report

## TABLE OF CONTENTS:

### Projects beginning in FY 2005

Kamaole I.................................................................... Tab A

Kamaole II................................................................... Tab A

Launiupoko Park............................................................. Tab B

Kanaha Beach Park.......................................................... Tab C

Hana Beach Park/Helene Hall................................................ Tab D

Lahaina Civic Center........................................................ Tab E

Waiehu Golf Course......................................................... Tab F

War Memorial Baseball Stadium.............................................. Tab G

War Memorial Football Stadium.............................................. Tab G

### Projects beginning in FY 2006

War Memorial Pool........................................................... Tab G

War Memorial Gymnasium.................................................... Tab G

Lahaina Ball Fields......................................................... Tab H

Lahaina Youth Center....................................................... Tab I

Lahaina Aquatic Center..................................................... Tab J

Kihei Community Center..................................................... Tab K

Kihei Aquatic Center........................................................ Tab L

Ukumehame Firing Range.................................................... Tab M

Honokaoo.................................................................... Tab N

### Projects beginning in FY 2007

Mayor Tavares Community Center............................................ Tab O

Wailuku Community Center.................................................. Tab P

Kahului Community Center................................................. Tab Q

EXHIBIT "  "

Kenolio Recreation Complex…………………………………………….. Tab R

Eddie Tam Gymnasium………………………………………………… Tab S

**Projects beginning in FY 2008**

Hana Community Complex……………………………………………. Tab T

Lanai Little League/Gym/Tennis Courts*…………………………….Tab U

Wells Community Complex…………………………………………… Tab V

Hookipa Park…………………………………………………………. Tab W

Lanai Community Center*…………………………………………….Tab X

Cooke Memorial Pool (Molokai)……………………………………. Tab Y

Mitchell Pauole Center (Molokai)………………………………….. Tab Z

* Facilities modification list to be provided

ADA Transition Plan Modifications List for…

# Kamaole Beach Park I

1.  Install an 8'x10' level concrete wheelchair viewing pad linked to the public sidewalk by an accessible route at the opening of the existing fence adjacent to the sand volleyball court.

2.  Provide a new sign just behind the pay phone directing wheelchair users to the accessible pedestrian approach walk south of the parking lot which will have a new sign noting this southern approach as the accessible pedestrian approach.

3.  Add a post mounted accessible parking sign at the one accessible parking space without a post mounted sign and add a "Van" accessible sign at the space with the larger access aisle.

4.  Replace the portion of the walk between the picnic area and the pay phone which has a cross slope greater than 2% and ensure the cross slope is 2% or less.

5.  For accessible beach access remove the sand covering the existing "Superdeck" path or provide a new accessible beach access route.

6.  Replace the portion of the existing walkway between the Lifeguard Tower and the Bath House which has a steep cross slope and pave it to be accessible or provide an alternate accessible parallel route.

7.  At the very southern-most portion of the park, provide a new accessible pad with an accessible picnic table and grille on a new paved accessible walk from the public sidewalk.

8.  Women's Restroom/Dressing Room in the Bath House

    a.  Bevel the entry door threshold with a 1:2 accessible bevel.

    b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the latch side of the door per ADAAG.

    c.  Install new lavatory faucet hardware and insulate the pipes under.

    d.  Install new accessible toilet stall door hardware.

    e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

      f.  Replace the top of the dressing area bench with one that is 24" wide.

9.  Remove the walkway between the two restrooms (beach side) which has a steep cross slope and repave with an accessible cross slope.

10.  Men's Restroom/Dressing Room in the Bath House

      a.  Bevel the entry door threshold with a 1:2 accessible bevel.

      b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the latch side of the door per ADAAG.

      c.  Install new lavatory faucet hardware and insulate the pipes under.

      d.  Install new accessible toilet stall door hardware.

      e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

      f.  Replace the top of the dressing area bench with one that is 24" wide.

      g.  Replace the toilet tank with one having a flush on the wide side.

11.  Install new accessible lever control on the existing drinking fountain at the Bath House.

12.  Regrade the sloped surface at the rinsing shower near the Bath House so the clear floor space is compliant with ADAAG or provide an additional accessible rinsing shower at a nearby location.

ADA Transition Plan Modifications List for…

# Kamaole Beach Park III

1.  Install a new sloped approach walk leading down from the pubic sidewalk to the parking lot and into a new accessible access aisle opposite the Bath House.

2.  Seal coat the asphalt parking area and the portion of the parking lot used as a crosswalk by the Bath House.

3.  Provide a new post mounted accessible parking sign at the accessible parking space which doesn't have a post mounted sign.

4.  Pave a new 4' wide accessible sidewalk at the top of the curb ramps leading up from the accessible parking spaces which will lead to the accessible park features.

5.  At the Bath House drinking fountain, install another higher (42") drinking fountain adjacent and screen both off with cane detectable elements.

6.  Men's Restroom in the Bath House

>   a.  Install a raised toilet seat in the accessible stall for 18" height.

>   b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the door per ADAAG.

>   c.  Insulate the pipes under.

>   d.  Install new accessible toilet stall door hardware.

>   e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

>   f.  Replace the toilet tank with one having a flush on the wide side.

7.  Women's Restroom in the Bath House

>   a.  Install a raised toilet seat in the accessible stall for 18" height.

>   b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the door per ADAAG.

>   c.  Insulate the pipes under.

>   d.  Install new accessible toilet stall door hardware.

>   e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

8.   Install new accessible playground equipment, surfacing and a route to the accessible parking and pedestrian approach route.

9.   Install, in the tree shaded areas near the beach, two new accessible picnic tables, grilles and benches on accessible walkways from the accessible parking spaces.

10.   Install signs at port-a-jons in the parking lot directing disabled users to the accessible restrooms in the Bath House.

2.   Provide a new sign just behind the pay phone directing wheelchair users to the accessible pedestrian approach walk south of the parking lot which will have a new sign noting this southern approach as the accessible pedestrian approach.

3.   Add a post mounted accessible parking sign at the one accessible parking space without a post mounted sign and add a "Van" accessible sign at the space with the larger access aisle.

4.   Replace the portion of the walk between the picnic area and the pay phone which has a cross slope greater than 2% and ensure the cross slope is 2% or less.

5.   For accessible beach access remove the sand covering the existing "Superdeck" path or provide a new accessible beach access route.

6.   Replace the portion of the existing walkway between the Lifeguard Tower and the Bath House which has a steep cross slope and pave it to be accessible or provide an alternate accessible parallel route.

7.   At the very southern-most portion of the park, provide a new accessible pad with an accessible picnic table and grille on a new paved accessible walk from the public sidewalk.

8.   Women's Restroom/Dressing Room in the Bath House

    a.   Bevel the entry door threshold with a 1:2 accessible bevel.

    b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the latch side of the door per ADAAG.

    c.  Install new lavatory faucet hardware and insulate the pipes under.

    d.  Install new accessible toilet stall door hardware.

    e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

    f.  Replace the top of the dressing area bench with one that is 24" wide.

9.  Remove the walkway between the two restrooms (beach side) which has a steep cross slope and repave with an accessible cross slope.

10.  Men's Restroom/Dressing Room in the Bath House

    a.  Bevel the entry door threshold with a 1:2 accessible bevel.

    b.  Relocate the accessible Braille and raised letter room identification signage to be on the wall next to the latch side of the door per ADAAG.

    c.  Install new lavatory faucet hardware and insulate the pipes under.

    d.  Install new accessible toilet stall door hardware.

    e.  replace the sheet style toilet paper dispenser with one that doesn't control the flow of the toilet paper.

    f.  Replace the top of the dressing area bench with one that is 24" wide.

    g.  Replace the toilet tank with one having a flush on the wide side.

11.  Install new accessible lever control on the existing drinking fountain at the Bath House.

12.  Regrade the sloped surface at the rinsing shower near the Bath House so the clear floor space is compliant with ADAAG or provide an additional accessible rinsing shower at a nearby location.

ADA Transition Plan Modifications List for…

# Launiupoko Beach Park

1.  Install new painted crosswalk between bottom of the approach ramp from the Highway and the existing opening at the fence in front of parking spaces opposite to ensure pedestrian access.

2.  Pave a new 4' wide accessible concrete walk between the end of the crosswalk at the fence opening and the existing bath house.  Include a link to the pay phones and a picnic table/grille on the south end of the park.

3.  Pave a new 5' wide accessible concrete walk between the end of the pavement for the accessible picnic table by the bath house and the existing grille.

4.  Remodel the totally inaccessible toilet rooms in the bath house to provide either an accessible unisex toilet/dressing room or accessible Men's and Women's restrooms and dressing rooms.

5.  Install a new accessible drinking fountain.

6.  Provide an accessible bench on a new accessible concrete pad connected to each of the picnic area approach walks.

7.  Relocate one of the four shower heads at the rinsing shower by the bath house to be 48" for wheelchair use.

ADA Transition Plan Modifications List for…

# Kanaha Beach Park

1. Install new signs at the gates to the western most parking area (by water treatment plant), the Ka'a Point area and the area by the Canoe Club directing disabled visitors to the eastern most park entrance for accessible beach access route. Provide a sign at the entrance of eastern most park area stating there is an accessible beach access route here.

2. At the Group Camp Site, pave an accessible route from the new accessible parking spaces to two new accessible tent pads, two new picnic table pads with grilles and the renovated rinsing shower.

3. The center designated accessible parking space of the 3 that serve the Canoe Club structure must have a 5' wide access aisle adjacent to the landscape island to allow direct access to the Canoe Club and Bath House 1.

4. Replace the portion of the approach walk to the bath house 1 and pay phones that exceed 5% running slopes (at 6.4%) and 2% cross slopes (at 6.0%).

5. Pave a new accessible route from the 2 fence openings at the 3 designated accessible parking spaces serving this facility to the back of the stage of this structure and to the seating area/bulletin board in front of the stage. Provide one accessible picnic table in the structure.

6. Link into the new accessible approach walk to the Canoe Club structure with a new accessible walk to 2 accessible picnic table pads with accessible grilles; a new accessible drinking fountain; and, to the two beach volleyball courts.

7. In the Men's and Women's restrooms in bath house 1 near the Canoe Club, provide accessible faucet hardware on the higher lavatories; relocate the soap dispensers to 42" high; reconfigure the toilet stalls to provide a 60" wide accessible toilet stall in each restroom; and an accessible urinal in the Men's restroom.

8. Relocate the accessible parking space near Bath House 2 to be closest to the approach route to Bath House 2.

9.  Provide a new paved accessible route from the relocated accessible parking spaces to a 60" square level pad at the pay phone.

10.  On the Men's and Women's restroom signs add an additional sign directing disabled users to the accessible unisex restroom at the back of the building.  At the unisex restroom: install lever door hardware; add a 2" high toilet seat; adjust the lavatory faucet to flow for at least 10 seconds; and, replace the single sheet toilet paper dispenser.

11.  One of the four designated accessible parking spaces in the large lot at the eastern most portion of the park needs a post mounted sign and the access aisle for that space must be repainted to be 8' wide  to be "van accessible" as marked.

12.  Replace the concrete sidewalk having a cross slope of 3.4% at the top of the curb ramp serving the accessible parking spaces in the eastern most portion of the park.

13.  Adjust the accessible "Superdeck" panels at the beach so there are no level changes greater than ¼".

14.  Remove the precast concrete drinking fountain (with a 37" spout height) and its concrete pad - adjust the height of the new pad so the spout is 36" high.

15.  Replace the steep (11.0%) pavement under the rinsing shower near the "Superdeck" route with concrete pavement sloping 2% maximum.  Clear out sand on adjacent walk.

16.  Pave a new accessible route from the existing accessible walk leading to the beach to a new accessible picnic table and grille, then on to Bath House 2.  Add a new accessible grille at the existing accessible picnic table at this location.

1.   Install new painted crosswalk between bottom of the approach ramp from the Highway and the existing opening at the fence in front of parking spaces opposite to ensure pedestrian access.

2.   Pave a new 4' wide accessible concrete walk between the end of the crosswalk at the fence opening and the existing bath house.  Include a link to the pay phones and a picnic table/grille on the south end of the park.

3.   Pave a new 5' wide accessible concrete walk between the end of the pavement for the accessible picnic table by the bath house and the existing grille.

4.   Remodel the totally inaccessible toilet rooms in the bath house to provide either an accessible unisex toilet/dressing room or accessible Men's and Women's restrooms and dressing rooms.

5.   Install a new accessible drinking fountain.

6.   Provide an accessible bench on a new accessible concrete pad connected to each of the picnic area approach walks.

ADA Transition Plan Modifications List for…

# Hana Beach Park & Helene Hall

1.  Provide a "Van" accessible parking space at the large parking lot on the north end of the park.  This lot serves the northern picnic area of the park.

2.  Provide a new accessible walk from the northern parking area to the picnic area opposite.  Install a new accessible picnic table, grille and bench along this new accessible path.

3.  Regrade the parking area as required and provide two new accessible parking spaces, one of which is a "Van" accessible parking space to serve the Beach Park and Helene Hall.

4.  Replace the inaccessible ramp from the existing designated accessible parking spaces to the porch and program spaces in Helene Hall.

5.  Install a folding lower (28" high) shelf under the counter area of the snack bar.

6.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the Helene Hall stage (43" level change) area.

7.  Relocate the fire extinguisher cabinet within the Helene Hall so it has a 27" cane detectable bottom edge.

8.  Provide a new, alternate pay phone near the inaccessible phone booth in Helene Hall.

9.  Install new accessible handrails on the ramp leading from the Helene Hall exit door near the stage.

10.  Install a new accessible walk from the fence opening opposite the new accessible parking area access aisle to the Pavilion and on to the area of the beach access stairs.  The beach stairs are to be replaced with an accessible sloping (5% max.) walkway leading to the beach.  At the Pavilion, ensure an accessible joining to this new accessible approach route from the Helene Hall parking area.

11.  Provide 2 accessible picnic tables within the Pavilion and 2 additional accessible picnic tables and grilles near, but not within the Pavilion.

12.  Install a new accessible rinsing shower at a platform near the new accessible beach access walk's top landing.

13. Helene Hall Men's Restroom

    a.  because the existing toilet in the designated accessible toilet stall is centered only 15 ½" from the side wall, reconfigure the toilet partitions such that the new accessible stall is actually the adjacent stall.  Switch the toilets and install accessible features as required.

    b.  Lower the existing paper towel dispenser and locate it out of the circulation route adjacent to the last lavatory.

    c.  lower an existing mirror or provide a new accessible mirror.

14.  Helene Hall Women's Restroom

    a.  remove plywood screen wall on porch that impedes access to the restroom entry door.

    b.  because the existing toilet in the designated accessible toilet stall is centered only 15 ¼" from the side wall, reconfigure the toilet partitions such that the new accessible stall is actually the adjacent stall.  Switch the toilets and install accessible features as required.

    c.  Lower the existing paper towel dispenser and locate it out of the circulation route adjacent to the last lavatory.

    d.  lower an existing mirror or provide a new accessible mirror.

ADA Transition Plan Modifications List for…

# Lahaina Civic Center

1.  Create a new accessible passenger loading zone at the primary accessible entrance and install directional signage noting accessible parking on opposite side of building.  Include list of programs (i.e., all but the Gym and Amphitheatre) served by that parking and this loading zone.  Replace the portions of the circular walk adjacent to the accessible loading zone location that have steep cross slopes and pave a by-pass area at the top of the existing curb ramp near the opening of the covered entrance.

2.  At the large lower level parking area on the north side of the building, abandon the two designated accessible parking spaces at the right which have a cross slope of 6.2% - new accessible parking spaces shall be constructed at the far left to serve this facility and the complex.  This parking area slopes toward the building at about 5% and will be cut out, regraded to slope 2% away from the building and repaved to include 3 standard accessible parking spaces and a van accessible parking space.  At the forward end of these new accessible parking spaces a new sidewalk flush with the parking spaces will be installed that will allow wheelchair users to approach the facility without proceeding behind parked cars and linked into the main lower level entrance approach walk with a slope of less than 5%.  A sign here will note which program spaces are served from this parking area.

3.  Install accessible handrails on the existing ramp between the north side of the building and the large lower level parking lot.

4.  At the 2 accessible parking spaces serving the upper level of the building (Gym and Amphitheatre) install a sign noting which program spaces are served by these accessible parking spaces.

5.  The stoop at the entrance to the upper level Gym near the accessible parking area slopes 3.9% and on the opposite side of the Gym leading to the concessions stand – repave the stoop to slope no more than 2% at both the southern and northern Gym entrances.  At both entrances, there is one entrance

door with a threshold that is ¾" high and is beveled steeper than the maximum allowed 1:2 slope – replace the thresholds at the entrance door on both the south and north Gym entranceways.

6.  Install new paved accessible approach walk from the upper level parking area to the Amphitheater and replace the steep ramp provided to access the stage. Install 2 new, level 48" deep x 70" wide concrete wheelchair seating areas at the front of the grass Amphitheatre seating area.

7.  Provide assistive listening systems for the portions of the facility that may use PA systems.  These include the Social Hall, Gym and Amphitheatre.

8.  West District Parks Department Office on the Lower Level:

    a. Install new lever hardware on Office door.

    b. Install apron on underside of accessible counter at permits window so the leading edge on the apron is at 27" high for cane detectability.

    c. Install tactile room signs per ADAAG.

    d. Pay phone at end of hall is too high – replace with accessible pay phone.

9.  At the lower level Social Hall, relocate the fire extinguishers so the bottom edges are at or below 27" for cane detectability.

10.  Hawaii Motor Vehicle Registration Office on the Lower Level:

    a. Install new lever hardware on Office door.

    b. Install tactile room sign per ADAAG.

11.  Hawaii Driver's License Office on the Lower Level:

    a. Install new lever hardware on Office door.

    b. Install tactile room signs per ADAAG at Office and at each of the 3 Social Hall entrances.

12.  Install new accessible 10" wide counters under each window at the lower level concessions stand with the top surface at 28" and underside at 27" for cane detectability.

13.  At each of the lower level restrooms there is a drinking fountain – install cane detectable elements at each.

14.  Women's Restroom at the Lower Level:

a. Because the designated accessible stall is too narrow, remove the inaccessible lavatory closest to the toilet stalls and widen the stall immediately adjacent to be a 60" wide accessible stall with ADA grab bars and toilet features.

b. Install new full height mirror in restroom.

c. Install insulation at accessible lavatory pipes.

15. Men's Restroom on the Lower Level:

a. Replace tile screen wall at left in photo that limits pull side, latch side maneuvering space at the entry door to only 7" with a new screening partition to match the toilet partitions.

b. Provide a new 60" wide accessible toilet stall per ADAAG by combining the toilet stall closest to the urinal and removing the urinal. This will require new grab bars and toilet per ADAAG. Verify loss of one plumbing fixture with building code department.

c. Provide Braille and tactile room identification sign for this restroom.

d. Insulate the pipes under the accessible lavatory.

16. Gymnasium on the Upper Level:

a. Relocate bleachers such that the pull side, latch side maneuvering space at each of the flanking doors that lead to the dressing rooms for the amphitheater are as close to 18" as is feasible or reverse the swing of the doors if accessible.

b. Screen the underside of the exposed ends of these bleachers so they are cane detectable.

17. Concessions Stand at the Upper Level:

a. Install new accessible 10" wide counters under each window at the upper level concession stand with surface at 28" and underside at 27" for cane detectability.

b. As part of the stoop regarding and repaving at this entrance, remove the steep sloping concrete in front of the concession stand and extend a level approach from the stoop to the sales window. This will require the

installation of a raised concrete platform at the window at least 7' deep with guardrails to prevent falls on the open side.

18.  Amphitheatre Dressing Rooms:

a. Install lever door hardware on each of the doors leading to and within the amphitheater dressing room areas.

b. Install threshold ramps at each of the two stage doors leading to the dressing rooms.

c. provide an accessible bench and mirror per ADAAG in each of the two dressing rooms.

d. modify the dressing room counter in one of the two dressing rooms to ensure a minimum 27" high knee space.

e. Install new lever door hardware on the dressing room doors and the bathroom doors at both stage level dressing rooms.

f.  Remove the wall between the dressing room and the bathroom to increase the maneuvering space within the bathroom.

g. Reverse the swing of the bathroom door and remove a portion of the dressing room counter to ensure required clear door maneuvering space per ADAAG.

h. Install accessible toilet and grab bars per ADAAG.

i. Install new accessible faucet hardware and insulate pipes under lavatory.

j. Install a new accessible roll-in or transfer shower.

19.  Men's Upper Level Restroom at the Gym:

a. Install Braille and raised letter signage per ADAAG.

b. Create a new 60" wide accessible stall by combining the last toilet and urinal. Install grab bars and toilet features per ADAAG.

c. Relocate a lavatory to provide accessible knee clearance, install accessible faucet hardware and insulate the pipes.

d. Install a new accessible mirror.

20.  Women's Upper Level Restroom at the Gym:

a. Install Braille and raised letter signage per ADAAG.

b. Create a new 60" wide accessible stall by combining two adjacent toilet stalls. Install grab bars and toilet features per ADAAG.

c. Insulate the pipes at the accessible lavatory.

d. Modify the existing designated accessible (narrow) stall to become an ADA compliant ambulatory accessible toilet stall with an out-swinging door and parallel grab bars per ADAAG.

ADA Transition Plan Modifications List for...

# Waiehu Golf Course

1. Restripe each of the 6 accessible parking spaces to provide one "Van" accessible parking space and 5 standard accessible parking space. Ensure that the wheelstops are repositioned to allow for a minimum accessible route along the front of the accessible parking spaces to the facility approach walk.

2. Provide a new sign with the symbol of accessibility at the column adjacent to the inaccessible front entrance to the Clubhouse. Provide an arrow pointing to the accessible approach walk which leads to the course-side entry to the Clubhouse.

3. Provide new accessible U-shaped pull style door hardware on the course-side entry to the Clubhouse.

4. Remove existing shelf near course-side entry or screen for cane detectability.

5. Reconstruct the existing service counter of the Café to offer a minimum 60" long section that is no higher than 34".

6. Provide 4 new accessible dining tables for the Café and dinning rooms.

7. At the door between the Bar and the Banquet Room in the Clubhouse provide new accessible pull door hardware and install a new accessible platform and ramp down to the lower level (4" down) Banquet Room.

8. Provide a new unisex accessible bathroom/dressing room near existing bathrooms. Provide directional signs at inaccessible bathrooms. Include a new accessible drinking fountain at this location and provide a directional sign at the inaccessible drinking fountain near the Proshop.

9. Provide new Braille and raised letter room identification signs throughout the complex.

10. Golf Proshop:

      a. install new directional sign at inaccessible entrance near the cart barn and a symbol of accessibility at the room identification sign at the accessible door near the Starter's Window.

    b.  rearrange display fixtures to ensure a minimum 36" wide accessible route to all fixed storage areas of the shop.

    c.  remove the curb and door between the main retail area and the "used equipment" sales room.

    d.  provide a new accessible dressing room in the Proshop.

    e.  retrofit the main sales counter of the Proshop to ensure a minimum 36" long portion that is between 28"-36" high.

11.  Provide cane detectable element under the wall mounted air conditioners at the Proshop and Starter's Window.

12.  Provide a new lower counter at the Starter's Window with the top at 28" and the underside at a cane detectable 27" high.

13.  Men's & Women's Restroom at 14th Tee:

    a.  replace the existing wall mounted lights that are not cane detctable with a unit that projects 4" or less.

    b.  provide new full height mirror in each restroom.

    c.  widen existing toilet stalls to provide an accessible toilet stall in each restroom.

    d.  lower paper towel dispenser to 48".

14.  Men's & Women's Restroom at 2nd Tee:

    a.  replace the existing small, inaccessible restrooms with a new facility or alter this facility to be accessible.

15.  Provide at least one accessible single-rider golf cart.

ADA Transition Plan Modifications List for…

# War Memorial Baseball Stadium

1.  Provide a new accessible walk from the public sidewalk at Kanaloa Avenue along the front of the newly regarded accessible parking spaces to the ticket booth.

2.  Abandon the designated accessible parking spaces to the west of the main entry plaza.  Regrade and restripe 4 designated accessible parking spaces on the ticket booth side of the main entry plaza.  One of the 4 shall be a "Van" accessible space.  Each will be connected to the new accessible pedestrian approach walk from Kanaloa Avenue and be linked to the ticket booth by a new accessible route.

3.  Install a new 10" deep counter at 28" high running under each of the two ticket windows.  Place a symbol of accessibility over the left window and keep it open during business hours.

4.  The swinging gate at the left of the main sliding entry gates has concrete post foundations that protrude above the surface of the paving and allow only 27" clear passage width. Place a concrete sloped (no more than 5%) transition to bridge the post foundations. Note: the entrance plaza slopes approximately 4%-5%.

5.  The lowered (40 ½") counter on the left side of the concessions stand should be reconstructed to be 34" high and a symbol of accessibility must be placed above this window.  Provide a new accessible picnic table by the concession stand for accessible dining.

6.  There are numerous cracks in the asphalt pavement along the accessible routes throughout the facility which must be filled to minimize effect on disabled visitors.

7.  Screen the underside of all bleachers with railing or fencing to limit risk to blind visitors.

8.  Notch-out the front rows of each bleacher section to allow for 70" wide wheelchair seating areas (total of 12 wheelchair spaces in pairs) at least 24" deep.

9.  At each of the drinking fountains near the Men's and Women's restrooms, install cane detectable elements.  Lower one of the two drinking fountains to be accessible to wheelchair users and install a directional sign at the other drinking fountain.

10.  Women's Restroom:

   a.  Relocate the Braille and raised letter sign to comply with ADAAG.

   b.  insulate pipes under the accessible lavatory.

   c.  relocate the toilet paper dispenser to be no more than 36" form the rear wall.

   d.  install a U-shaped pull on the interior side of the accessible stall doors.

11.  Men's Restroom:

   a.  reconstruct the concrete approach ramp to be accessible.

   b.  Relocate the Braille and raised letter sign to comply with ADAAG.

   c.  insulate pipes under the accessible lavatory.

   d.  relocate the toilet paper dispenser to be no more than 36" form the rear wall.

   e.  install a U-shaped pull on the interior side of the accessible stall doors.

12.  Provide assistive listening devices for hearing impaired spectators upon request and when PA system is used.

ADA Transition Plan Modifications List for…

# War Memorial Football Stadium

1. Provide additional accessible parking spaces adjacent to the existing accessible spaces near the accessible entrance gate when required due to high parking load on game days.   Add information regarding accessible parking onto the Parks Dept. web site along with accessible routes at the stadium.

2. At both ticket booths install a 1 ½" thick and 9" wide writing shelf under the existing 44" high windows sills with the bottom edge at 27" high.  Provide a sign noting assistive listening devices available and provide assistive listening devices for hearing impaired spectators upon request and when PA system is used..

3. At what will be the sole designated accessible entry gate behind bleacher section "X", install at the top of the fence a large (24" square minimum) sign with the symbol of accessibility.  At all other Gates, install signs with symbol of accessibility and an arrow pointing here. Place signs at all gates stating only "service animals" allowed.

4. Replace all metal drainage gratings along accessible routes that have slots greater than ½" or aligned in the direction of pedestrian traffic.

5. The companion seats adjacent to the integrated wheelchair seating areas notched into the bleachers are too high (at 25"). Pour a 6" high concrete seating pad for the wheelchair seating areas within the bleachers to ensure a 17"-19" companion seat height and better sightline for the wheelchair users.

6. The designated accessible seating areas along the sidelines and north end zone fence are not all level (some up to 4.1%) and there is no companion seating for these designated wheelchair seating areas – offer these seat only after providing disabled visitors fully accessible seating options.

7. Patch the 1 ½" high lip with asphalt on the field-side of the vomitory at Section "S" and the back-side of the vomitory at Section "H".

8. At both the locker rooms under the concrete seating structure, install Braille and raised letter signs; install cane detectable barriers under protruding paper towel dispensers; reverse the swing of the entrance doors, add 60" wide

accessible toilet stalls; accessible lavatory faucets and insulated wrap; full ht. mirrors, accessible dressing benches, coat hooks and accessible shower stalls.

9.  At the drinking fountains throughout the stadium, install cane detectable rails 42" apart on each side of the drinking fountains.  Adjust any with spout height greater than 36".

10.  At both Men's and Women's restrooms under the concrete seating structure, install Braille and raised letter signs; replace parallel grab bars in ambulatory stall; install cane detectable barriers under protruding paper towel dispensers; relocate the accessible lavatories (lower Women's & raise Men's) to 34"; and, relocate toilet paper dispensers in HC stalls to they are no more than 36" from the rear wall.

11.  At both the upper level and lower level Concessions windows , install a 1 ½" thick and 9" wide service counter under the existing 40" high counter with the bottom edge at 27" high.

12.  Since there are no fixed companion seats and the wheelchair seating areas for the upper level designated seating at Sections A-E offer less than comparable sight lines over standing spectators, install permanent 8' wide raised platforms at a height to allow wheelchair sight lines over standing spectators. Provide fixed, but removable companion seats on a 1 to 1 basis for wheelchair seating areas. These platforms will run the entire length of the section behind which they are placed.  The width of the pedestrian passageway behind sections D & E may prohibit the installation of the raised platforms.  If so, install the raised platforms into the last 3 rows of seating at the top of the seating bowl to achieve adequate sight lines.

13.  At the Men's and Women's restrooms serving the upper level (west side) seating, install Braille and raised letter room identification signs at Men's entry door; at those doors pour a 1:12 bevel at the 5/8" high threshold lips; and, install cane detectable barriers under protruding paper towel dispensers.  Also replace wall lights at restroom doors w/ units that protrude no more than 4".

14.  At the landings along the ramp between the lower level stadium seating and the upper west end seating area, pour concrete transition strips between the ramp landings and opposite level viewing platforms at the south end zone.

ADA Transition Plan Modifications List for…

# War Memorial Pool

# (a.k.a. Coach Soichi Sakamoto Pool)

1.  Seal coat the accessible asphalt parking space serving the Pool.  Remove the sand from the designated accessible parking space and maintain stable, firm and slip resistant surfaces at all accessible parking spaces in this lot.

2.  Add 4 pairs of accessible wheelchair seating locations by notching out the existing bleachers on each side of the pool.  Provide half of the wheelchair seating locations in the covered bleacher areas and half in the open, uncovered bleachers.

3.  Relocate the drinking fountain to be at accessible heights or provide a new accessible drinking fountain to serve the pool.

4.  Men's and Women's Locker Rooms:

> a. Provide 48" high vandal resistant shower heads at the rinsing showers at the entrance to each of the two locker rooms and in the accessible gang showers with the locker rooms.

> b. Insulate the pipes under the accessible lavatories in each of the locker rooms.

> c. Relocate the flush valve at the accessible toilet in the Women's Locker Room.

> d. Relocate the toilet paper dispensers to be no closer than 36" from the rear wall in each of the accessible stalls.

> e. Provide U-shaped pulls on the inside of the accessible stall doors.

5.  Screen the underside of the protruding wall mounted air conditioner located between the exterior entrance on the northwest side of the pool and the Men's Locker Room.

6.  Provide assistive listening systems at the Pool if the facility may use a PA system.

ADA Transition Plan Modifications List for…

# War Memorial Gym

1.  Regrade the 4 designated accessible parking spaces on the western most side of the front parking area so they are no more than 2% in each direction. Stripe them to include one "Van" accessible parking space.

2.  At this location, also remove the existing approach walk in front of these parking spaces to provide a flush transition between the accessible parking spaces and the main western approach route to the Gym.  Remove the 2 existing inaccessible curb ramps at this location and install a new accessible curb ramp aligned with the main approach walk.  Provide a sign here with a symbol of accessibility and a sign at the eastern inaccessible approach walk/ramp to the Gym that has the symbol of accessibility and an arrow pointing to this new curb ramp and approach.

3.  Seal coat all of the accessible asphalt parking spaces serving the Gym and Pool.  Remove the sand from the other designated accessible parking spaces and maintain stable, firm and slip resistant surfaces at all accessible parking spaces.

4.  Add accessible visual fire alarm strobes per ADAAG throughout the entire Gym facility.

5.  Provide assistive listening systems in the Gym if the facility may use a PA system.

6.  At the drinking fountain between the public restrooms at the front entrance of the Gym, raise the unit so the knee space will be 27" high and also act as a cane detectable surface.

7.  Public Restrooms at the front of the Gym:

   a. Bevel the abrupt level changes on each side of each entrance threshold to be accessible.

   b. Provide an accessible lavatory in each of the Men's and Women's restrooms per ADAAG.

c. Provide an accessible toilet stall in each of the Men's and Women's restrooms per ADAAG by combining two existing stalls.

d. Add and accessible Braille and raised letter sign and mirror at the Women's restroom.

e. Note that the flush control is not on the wide side in the existing designated accessible stall and if that stall is used in the new arrangement, the flush control must be relocated.

8. Screen the underside of the exposed ends of the bleachers in the Gym so they are cane detectable.

9. Relocate the Fire Extinguisher cabinets at the facility so the bottom edge is at 27" and cane detectable.

10. Reconstruct the steep (22.2%) paved approach surface at the northwest entry/exit doors to the Gym and ensure the new paved approach/exit surface is accessible.

11. Women's Locker Room and Restroom at the Gym:

a. Replace inaccessible door knobs with accessible lever door hardware.

b. Provide an accessible lavatory in the restroom per ADAAG.

c. Provide an accessible toilet stall per ADAAG by combining two existing stalls.

d. Add and accessible Braille and raised letter signs and mirrors at the dressing room and restroom.

e. Note that the flush control is not on the wide side in the existing designated accessible stall and if that stall is used in the new arrangement, the flush control must be relocated.

f. Install new accessible dressing room bench per ADAAG with mirror opposite.

g. Remove the high shower curbs, install a new 48" high vandal resistant shower head at the corner of the dressing room shower and grab bars for a roll-in shower layout.

h. Lower 2 of the existing clothes hooks near the showers.

i. Bevel the abrupt level changes on each side of the door thresholds  to be accessible.

12.  Men's Locker Rooms and Restroom at the Gym:

a. Replace inaccessible door knobs with accessible lever door hardware.

b. Provide an accessible lavatory in the restroom per ADAAG.

c. Provide an accessible toilet stall per ADAAG by combining two existing stalls.

d. Add and accessible Braille and raised letter signs and mirrors at the dressing room and restroom.

e. Note that the flush control is not on the wide side in the existing designated accessible stall and if that stall is used in the new arrangement, the flush control must be relocated.

f. Install new accessible dressing room bench per ADAAG with mirror opposite.

g. Remove the high shower curbs, install a new 48" high vandal resistant shower head at the corner of the dressing room shower and grab bars for a roll-in shower layout.

h. Lower 2 of the existing clothes hooks near the showers.

i. Bevel the abrupt level changes on each side of the door thresholds to be accessible.

13. At each of the exit doors from the Gym, bevel the abrupt level changes at threshold to be accessible.

14.  Replace one of the two drinking fountains in the Gym with a new accessible drinking fountain screened off for cane detectability.

15.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the portable stage (27" level change) area.

ADA Transition Plan Modifications List for…

# Lahaina Ball Field

1.  Restripe two new accessible parking spaces and an access aisle closer to the Restroom Building.  Provide a new curb ramp from the accessible parking spaces. Abandon the existing designated accessible parking space.

2.  Provide a new accessible walk from the Restroom Building to the two picnic pavilions closest to it and to one side of each of the existing ball fields with a 7'x9' concrete viewing pad at each.

3.   Provide an accessible picnic table and grille at each of the accessible pavilions.

4. Men's and Women's Restrooms:

> a. Install new accessible toilet stalls.

> b. install new accessible mirrors.

> c. raise one lavatory in each restroom and provide insulation on the pipes under the accessible lavatories.

> d. Add accessible Braille and raised letter signs per ADAAG.

> e. Replace the toilet paper dispensers with roll-type dispensers.

ADA Transition Plan Modifications List for...

# Lahaina Youth Center

1.  Restripe the designated accessible parking space, access aisle and crosswalk to the entry plaza.

2.  Replace the very steep curb ramp with an accessible curb ramp – link this new curb ramp to a new accessible walk to the adjacent tennis/play courts.

3.   Replace the inaccessible thresholds and level changes at the main youth center entry door and other exterior doors with accessible thresholds.

4.  Lower the fire alarm pull stations and install visual fire alarm strobes in those rooms required to have them by ADAAG.

5.  Men's and Women's Restrooms:

> a. Install new accessible toilet stalls.

> b. install new accessible mirrors.

> c. provide insulation on the pipes under the accessible lavatories.

> d. remove curb adjacent to the latch side of the restroom doors and the lip at the door to ensure accessible door maneuvering space.

> e. Add accessible Braille and raised letter signs per ADAAG.

6.  Replace the inaccessible door knob at the entry to the computer room with accessible lever door hardware.

7.  Provide an accessible ramp down to the play area adjoining the Youth Center, install new accessible playground equipment and accessible surfacing around the equipment.

ADA Transition Plan Modifications List for…

# Lahaina Aquatic Center

1.  Reconstruct each of the inaccessible curb ramps at the two driveways along Shaw Street.

2.  Provide an accessible walk from the sidewalk along Shaw Street to the front entrance of the facility.

3.  Provide a "Van Accessible" sign at the van accessible parking space and replace the inaccessible flared side curb ramp in front of the accessible space to the right of the front entrance with a new parallel curb ramp eliminating severe cross slopes and 1" high lip at the bottom.  Replace the two curb ramps on the left side of the front entrance with accessible curb ramps.

4.  Provide cane detectable screening for:

> a. the electrical cabinets at the front right side of the building.
>
> b. under the display cabinet in the front foyer.
>
> c. the couther at the lifeguard service windows.
>
> d. the concession counter.
>
> e. the underside of the stairs to the officials platform.

5.  Grind down the ¾" lip at the bottom of the front entrance curb ramp.

6.  Provide two accessible picnic tables under the canopy by the concession stand.

7.  Provide a notched out portion of the fixed bleachers on the north side of the pool to accommodate 2 pair of wheelchair seating locations.  Install a sign at the makai side ramp with the symbol of accessible and directional signs at the other ramps leading to this bleachers platform.

8.  Men's and Women's Locker Rooms:

> a. Add directional signs at the locker room doors near the front entrance noting the accessible entrances are on the pool side of the building – provide Braille and raised letter room identification signs with the symbol of accessibility at these door.
>
> b. Bevel the thresholds at the accessible locker room entrances.

c. Provide accessible bench in the dressing area and clothing hooks at accessible reach ranges.

d. Remove 11" of the wall behind the transfer shower seat to ensure an accessible 36" depth and provide a lowered (48" high) shower head.

e. Replace inaccessible toilet paper dispenser with an accessible roll-type dispenser mounted no more than 36" form the rear wall per ADAAG.

f. Install insulation on the pipes under the accessible lavatory.

ADA Transition Plan Modifications List for…

# Kihei Community Center

1.  Extend apron of counter at the Permit Office window so it is 27" above the floor and cane detectable.

2.  Provide additional Key Drop slot at accessible location near Park's Office entrance.

3.  Provide accessible tactile and Braille "Exit" signs adjacent to the interior exit doors of all public rooms and spaces.

4.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the portable stage (16" level change) area.

5.  Provide the following modifications in the Men's restroom:

    a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

    b.  provide a new accessible mirror

6.  Provide the following modifications in the Women's restroom:

    a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

    b.  provide a new accessible mirror

    c.  install raised toilet seat in ambulatory accessible (i.e., 36" wide) toilet stall so the seat height is between 17"-19"

7.  Screen off undersides of the drinking fountains with knee space above 27".

ADA Transition Plan Modifications List for...

# Kihei Aquatic Center

1. Reconstruct the walkway in front of the existing accessible parking space to mitigate the very steep curb ramp problem. The new accessible walk shall be flush with the access aisles and have accessible curb ramps on each end to slope up to the existing walks at each end of the accessible parking area.

2. Add 4 pairs of accessible wheelchair seating locations by notching out the existing fixed bleachers on the side of the competition pool.

3. Men's and Women's Locker Rooms:

> a. The wide bench in each dressing room is not 24" wide and should be modified to be 24" wide.

> b. Relocate the toilet paper dispensers to be no closer than 36" from the rear wall in each of the accessible stalls.

> c. Provide U-shaped pulls on the inside of the accessible stall door in the Women's Locker Room.

> d. Lower the accessible lavatory 1" in the Men's Locker Room.

> e. Provide clothing hooks near each of the showers at 48" high.

4. Provide assistive listening systems at the Pool if the facility may use a PA system.

ADA Transition Plan Modifications List for…

# Ukumehame Firing Range

1. Safety Building:

    a. Replace the inaccessible wooden ramp at the Safety Building.

    b. Provide a "Van" accessible parking space at this building and connect it to the new accessible ramp.

    c. Replace the inaccessible door threshold at the top of the ramp.

    d. Provide level door hardware throughout the building.

2. Rifle Range Facility

    a. Provide a "Van" accessible parking space at this building and connect it to the new accessible ramp.

    b. Install a new accessible "port-a-jon" on the paved area.

    c. provide a new accessible shooting bench with accessible knee space below.

3. Pistol Range Facility

    a. Provide a "Van" accessible parking space at this building and connect it to the new accessible ramp.

    b. Install a new accessible "port-a-jon" on the paved area.

    c. provide a new accessible shooting bench with accessible knee space below.

4. Trap/Skeet Shooting Range and Facility

    a. Provide a "Van" accessible parking space at this building and connect it to the new accessible ramp.

    b. Pour a new accessible walk to the range master's office and covered pavilion then link each of the two paved shooting venues to this new walk.

    c. Install a new accessible "port-a-jon" on the paved area.

ADA Transition Plan Modifications List for…

# Hanakao'o Beach Park

1.  Parking Lot near the Bath House Building

    a. Provide a new "Van" accessible parking space and a standard accessible parking space at this lot.

2.  Picnic Area South of the Main Parking Lot

    a. Reconstruct the approach walk from the Bath House to this picnic area where there are steep cross slopes and install a new bypass at the top of the existing curb ramp at the south end of the parking lot to avoid steep cross slopes.

    b. Link the accessible approach walk to at least two of the pavilions and replace the existing picnic tables with accessible picnic tables. Also link up with two new accessible grilles and two new benches along the walk for viewing the beach.

3.  Restrooms in the Bath House Building:

    a. Provide accessible Braille and raised letter room identification signs.

    b. Adjust the height of the lavatory in the Men's restroom to comply with ADAAG and insulate the pipes beneath both accessible lavatories.

    c. Provide a new accessible toilet stall by combining stalls.

    d. Reconfigure the flush valve to be on the wide side of the accessible stall.

    e. Replace inaccessible toilet paper dispensers with accessible roll types.

    f. Modify the existing sidewalk along the driveway into the main parking lot and the walk between that sidewalk and the rinsing shower by the Bath House to eliminate steep slopes and cross slopes so the shower is on an accessible route. Pave a level transition at the lip around the rinsing shower and provide a new 48" accessible shower head.

4.  Provide sidewalk cross slope modifications between the Bath House and the Canoe Club on the north end of the park and provide a new "Superdeck" accessible route down to the beach along this stretch of walkway.

5.  Canoe Club Picnic Area:

   a. Reconstruct the approach walk to this picnic area where there are steep cross slopes and cut the fence around the walk for a new link to the picnic pavilions.

   b. Link the accessible approach walk to at least two of the pavilions and replace the existing picnic tables with accessible picnic tables.  Also link up with two new accessible grilles and two new benches along the walk for viewing the beach.

ADA Transition Plan Modifications List for...

# Mayor Hannibal Tavares Community Center

1.  Install a new pedestrian approach ramp/walk from the Pukalani street fronting the Center down to the existing approach ramp (which requires accessible handrails) and ending at the front entrance of the upper level of the Community Center.  Provide new accessible directional signs at other inaccessible pedestrian approaches.

2.  Restripe the existing accessible parking spaces serving the upper level of the Center to provide an accessible "Van" parking space.

3.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the portable stage (24" level change) area.

4.  Provide ADA compliant Braille room identification and "exit" signs throughout the facility.

5.  Dressing Room:

    a.  Modify the dressing counter such that the lavatory there has a minimum 29" high knee clearance.

    b.  Insulate pipes at the lavatory.

    c.  Provide new accessible lavatory faucet hardware.

    d.  Install visual fire alarm strobes.

    e.  relocate mirror or provide a new accessible mirror.

    f.  modify existing dressing room bench to be 24" wide.

6.  Add cane detectable element at the Food Service Counter serving the upper level meeting room.

7.  Men's Restroom on the upper level:

    a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

    b.  remount side grab bar in accessible stall on a 1" wide spacer board to achieve required 18" toilet centerline relationship.

c. lower the coat hook on the accessible stall door to 48" or provide a new accessible coat hook elsewhere in the stall.

d. relocate toilet paper dispenser so the front edge is no more than 36" from the rear wall.

e. add accessible fire alarm strobe in this room.

f. provide a new accessible mirror.

g. insulate the pipes under accessible lavatory.

8. Women's Restroom on the upper level:

a. install an accessible U-shaped pull handle on the interior side of the accessible stall door

b. reconfigure the toilet stalls to provide a 36" wide ambulatory accessible stall with an out-swinging door and accessible parallel grab bars.

c. lower the coat hook on the accessible stall door to 48" or provide a new accessible coat hook elsewhere in the stall.

d. relocate toilet paper dispenser so the front edge is no more than 36" from the rear wall.

e. add accessible fire alarm strobe in this room.

f. provide a new accessible mirror.

g. insulate the pipes under the accessible lavatory.

9. Provide new accessible handrails along the existing ramp between the upper level and lower level of the Center.

10. Restripe the existing accessible parking spaces to provide a new "Van" accessible parking space and install an accessible sign at the space with a post, but no sign.

11. Install a 1" high spacer underneath the mounting bracket of the cantilevered drinking fountain on the lower level to provide 27" high knee clearance.

12. Men's Restroom on the lower level:

a. install an accessible U-shaped pull handle on the interior side of the accessible stall door

b. raise the lavatory to provide accessible knee clearance.

c.  lower the coat hook on the accessible stall door to 48" or provide a new accessible coat hook elsewhere in the stall.

d.  relocate toilet paper dispenser so the front edge is no more than 36" from the rear wall.

e.  provide a new accessible mirror.

f.  insulate the pipes under the accessible lavatory.

13.  Women's Restroom on the lower level:

a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

b.  relocate the trash can to provide minimum 36" wide accessible route to the lavatory.

c.  lower the coat hook on the accessible stall door to 48" or provide a new accessible coat hook elsewhere in the stall.

d.  relocate toilet paper dispenser so the front edge is no more than 36" from the rear wall.

e.  add accessible fire alarm strobe in this room.

f.  provide a new accessible mirror.

g.  insulate the pipes under the accessible lavatory.

14.  Two general purpose meeting rooms on the lower level:

a.  add accessible fire alarm strobe in these rooms.

b.  Notch the lavatory apron (approx. 1") to provide minimum 29" knee clearance.

ADA Transition Plan Modifications List for…

# Wailuku Community Center

# (a.k.a. Velma McWayne Santos Center)

1.  Link the public sidewalk to the Community Center with an accessible route.

2.  Regrade and restripe the accessible parking near the small wooden shelter to ensure the spaces and access aisles are 2% in each direction.  No modifications to the surface of the parking on the opposite side of the main approach ramp.

3.  Reconstruct the inaccessible main approach ramp and repave with an accessible concrete ramp.

4.  Add cane detectable elements to screen off the protruding drinking fountains at the restrooms.

5.  Men's and Women's Public Restrooms:

    a.  relocate the Braille and raised letter signs to comply with ADAAG.

    b.  provide hold open devices and lock the doors open during times when they are not locked or remove the sloped maneuvering space at the doors and repave with level door maneuvering space.

    c.  combine two stalls to provide on accessible toilet stall in each restroom and in the Men's restroom replace the toilet tank in the accessible stall with one that has a flush control on the wide side.

    d.  relocate the toilet paper dispensers so the forward edge is no more than 36" from the rear wall.

6.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the concrete stage (28" level change) area.

7.  The visual fire alarm strobes appear to be appliances which do not use the xenon type 75 candela bulbs – replace the ones that exist and install new accessible visual fire alarm strobes in the restrooms, kitchen, Makai meeting room and Volunteer Offices.

8. Modify one of the two base cabinets and sinks in the main meeting room to provide an accessible sink with front approach knee space and insulated pipes beneath.

Restripe the designated accessible parking space at this facility to provide an access aisle – continue along curb to new curb ramp location.

2. Remove and reconstruct the existing curb ramp (11.6%) at the entrance gate so it is located adjacent to the newly striped accessible parking space.

3. Modify handrails along long approach ramp to Community Center so the handrails extend horizontally for 12" past the ends of the ramp runs.

4. Make a portable platform lift available for persons with disabilities who have arranged to use the stage (18" level change) area.

5. Relocate the existing drinking fountain by the public restrooms to an accessible height or provide a new accessible drinking fountain.

6. Provide lever type door hardware on the doors to the public use areas in this Center.

7. Relocate wall mounted fire extinguisher cabinets so the door pull is within 54" of the floor and the bottom edge is no higher than 27" for cane detectability.

8. Provide the following modifications in the Men's restroom:

    a. relocate the lavatory to accessible heights (lower it 1")

    b. provide insulation on pipes under lavatory

    c. combine two toilet stalls to provide one accessible toilet stall

    d. relocate toilet (at 20 ½") to be centered 18" from the adjacent wall

    e. replace toilet paper dispenser with roll-type fixture

    f. provide accessible tactile and Braille room identification sign.

9. Provide the following modifications in the Women's restroom:

a.  relocate the lavatory to accessible heights (lower it 1")

b.  provide insulation on pipes under lavatory

c.  combine two toilet stalls to provide one accessible toilet stall

d.  relocate toilet (at 21 ½") to be centered 18" from the adjacent wall and provide flush mechanism on wide side

e.  replace toilet paper dispenser with roll-type fixture

f.  provide accessible tactile and Braille room identification sign

g.  relocate paper towel dispenser to be 48" to slot.

ADA Transition Plan Modifications List for…

# Kahului Community Center

1.  Restripe the designated accessible parking space at this facility to provide an access aisle – continue along curb to new curb ramp location.

2.  Remove and reconstruct the existing curb ramp (11.6%) at the entrance gate so it is located adjacent to the newly striped accessible parking space.

3.  Modify handrails along long approach ramp to Community Center so the handrails extend horizontally for 12" past the ends of the ramp runs.

4.  Make a portable platform lift available for persons with disabilities who have arranged to use the stage (18" level change) area.

5.  Relocate the existing drinking fountain by the public restrooms to an accessible height or provide a new accessible drinking fountain.

6.  Provide lever type door hardware on the doors to the public use areas in this Center.

7.  Relocate wall mounted fire extinguisher cabinets so the door pull is within 54" of the floor and the bottom edge is no higher than 27" for cane detectability.

8.  Provide the following modifications in the Men's restroom:

    a.  relocate the lavatory to accessible heights (lower it 1")

    b.  provide insulation on pipes under lavatory

    c.  combine two toilet stalls to provide one accessible toilet stall

    d.  relocate toilet (at 20 ½") to be centered 18" from the adjacent wall

    e.  replace toilet paper dispenser with roll-type fixture

    f.  provide accessible tactile and Braille room identification sign.

9.  Provide the following modifications in the Women's restroom:

    a.  relocate the lavatory to accessible heights (lower it 1")

    b.  provide insulation on pipes under lavatory

    c.  combine two toilet stalls to provide one accessible toilet stall

    d.  relocate toilet (at 21 ½") to be centered 18" from the adjacent wall and provide flush mechanism on wide side

    e.  replace toilet paper dispenser with roll-type fixture

f.  provide accessible tactile and Braille room identification sign

g.  relocate paper towel dispenser to be 48" to slot.

ADA Transition Plan Modifications List for…

# Kenolio Recreational Complex

1.  At the accessible parking spaces adjacent to the Kihei Youth Center, add a sign noting "Van" accessible parking.

2.  Men's and Women's Restroom Building near the Kihei Youth Center:

> a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door.
>
> b.  install infrared flush mechanism or reverse flush handles to wide side.
>
> c.  lower the coat hook on the accessible stall door to 48" or provide a new accessible coat hook elsewhere in the stall.
>
> d.  replace toilet paper dispenser with roll-type.
>
> e.  add accessible Braille and raised letter signs.
>
> f.  insulate the pipes under the accessible lavatory.

3.  Pedestrian approach route from the adjoining crosswalk leads to a curb ramp by the Restroom Building which has a 13.7% slope – replace with an accessible curb ramp.

4.  Add cane detectable element to underside of existing drinking fountain by the Restroom Building.

5.  Kihei Youth Center facility:

> a.  add cane detectable element to underside of existing office counter, the fire extinguisher cabinet and the drinking fountains.
>
> b.  install an accessible U-shaped pull handle on the interior side of the accessible stall doors.
>
> c.  lower the coat hook at the accessible stall doors and showers to 48" or provide a new accessible coat hook elsewhere in the stalls and showers.
>
> d.  remount side grab bar in accessible stall on a 1 1/2" wide spacer board in the Men's and 3" wide spacer board for the Women's to achieve required 18" toilet centerline relationship.
>
> e.  Add accessible shower control faucet paddle for lowered shower head in each of the Men's and Women's bathrooms.

6. Route from the Kihei Youth Center to the other facilities on site has two portions with slopes greater than 5% and new accessible handrails are required for those portions of the route.

7. Maui Bridge and Intellectual Games Center:

    a. replace the steep (18.2%) ramped transition between the approach walk on the mauka side of the building and the porch with a transition that slopes no more than 8.3%.

    b. replace the high (1") wood thresholds at the two entrance doors to this facility with accessible door thresholds.

    c. add lever hardware to each of the usable doors in the facility and the two entrance doors.

    d. completely modify one of the two existing unisex restrooms in this facility to be accessible.

8. Pavilion Structure between Bridge Center and Art Building:

    a. reconstruct the inaccessible approach ramp with an accessible ramp.

    b. add lever hardware to each of the usable doors in the facility and one of the two entrance doors.

9. Parking serving the Bridge Center has 3 accessible parking spaces, but only 2 post mounted signs – add a post mounted sign designating the accessible space that does not have such a sign.

10. The walkway in front of the Pavilion has a 1" high abrupt level change and there is a ¾" high abrupt level change along this walk as it approaches the entrance to the Art Building – patch with cement/grout to have a slope no greater than 8.3%.

11. Parking serving the Pavilion and Art Building has 4 accessible parking spaces – provide post mounted accessible parking signs for the two which do not have such signs.

12. Art Building:

    a. Remove the sloping (6.3%) pavement at the main entry door to this building and repave with level door approach no steeper than 2% for drainage.

b.  add lever hardware to each of the usable doors in the facility.

c.  provide a sign at the steps leading to the side entrance directing visitors with disabilities to use the accessible front entrance to the right.

Extend apron of counter at the Permit Office window so it is 27" above the floor and cane detectable.

2.  Provide additional Key Drop slot at accessible location near Park's Office entrance.

3.  Provide accessible tactile and Braille "Exit" signs adjacent to the interior exit doors of all public rooms and spaces.

4.  Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the portable stage (16" level change) area.

5.  Provide the following modifications in the Men's restroom:

a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

b.  provide a new accessible mirror

6.  Provide the following modifications in the Women's restroom:

a.  install an accessible U-shaped pull handle on the interior side of the accessible stall door

b.  provide a new accessible mirror

c.  install raised toilet seat in ambulatory accessible (i.e., 36" wide) toilet stall so the seat height is between 17"-19"

7.  Screen off undersides of the drinking fountains with knee space above 27".

ADA Transition Plan Modifications List for...

# Mayor Eddie Tam Memorial Center

1.  Although it is not feasible to provide an accessible pedestrian route from the upper level public sidewalk, the "speed bumps" along the side of the driveway leading down from the sidewalk to the building must be cut back to allow a minimum 36" clear width.

2.  Lower Level  and Upper Level Parking Area:

    a. regrade the accessible parking spaces that slope more than 2% and restripe per ADAAG.

    b. reconstruct the steep curb ramp in front of the lower level accessible parking spaces.

    c. provide directional signs at the lower level parking and at the bottom of the driveway to the upper level parking stating the upper level parking provided for an accessible approach to the Gym.

3.  Provide a new level clear floor space at the pay phone adjoining the lower level parking lot.

4.  Provide Braille and raised letter signs as required by ADAAG throughout the facility.

5.  Provide lower fire alarm pulls (54") and visual fire alarm strobes throughout the facility per ADAAG.

6. The drinking fountain by the lower level Women's restroom has inaccessible controls and must be modified to be accessible.

7.  Provide accessible door hardware throughout the facility at program spaces.

8.  Lower Level Public Restrooms:

    a. Modify the level changes and thresholds at the restroom entry doors to be accessible.

    b. Raise a lavatory in each restroom to be at accessible heights and insulate the pipes under.

    c. Provide a new accessible toilet stall by combining two existing stalls.

    d. Lower the coat hooks on the accessible stall doors.

9.  Modify the level changes and thresholds at a lower level meeting room entry door to be accessible.  Provide a sign at that door with the symbol of accessibility.

10.  Regrade the door maneuvering space to be no more than 2% at the upper level entrance to the Gym by the accessible parking serving it.

11.  Provide a accessible unisex restroom/dressing room serving the upper level Gym and bevel the thresholds at the doors to all the other locker rooms on this level.

ADA Transition Plan Modifications List for…

# Hana Community Complex

1. County Council Meeting Building

    a. Ramp from accessible parking space must include edge protection along the railing.

    b. Sign at the accessible parking space does not identify properly as a "Van Accessible" parking space.

    c. The front doors to the cafeteria/meeting room and kitchen have screen doors on the outside that make the entrances inaccessible and must be removed.

    d. The pair of cafeteria/meeting room doors to the right of the accessible unisex restroom at the back of the building have inaccessible knob hardware that must be changed to level hardware.

    e. The fire extinguisher cabinet must be lowered so the bottom is at 27" high.

    f. Provide Braille and raised letter room signs per ADAAG throughout (although the restroom has accessible sign).

2. Art Barn Building behind the Community Center

    a. Provide an accessible parking space to serve this facility.

3. Maui Community Center and Parks Office

    a. The accessible parking space must be restriped to be a "Van Accessible" parking space and the sign added so noting.

    b. The ramp up from the accessible parking space has a very steep (10.2%) lower run and no edge protection – replace the bottom run and add edge protection along the handrails.

    c. The fire extinguisher cabinets throughout the facility must be lowered so the bottom is at 27" high.

    d. Extend the accessible walk from the bottom of the approach ramp to the picnic tables in front of the Hana Youth Center and make 2 of the picnic tables accessible.

e. Provide Braille and raised letter room signs per ADAAG throughout.

4. Hana Youth Center (this area adjoins the Community Center)

a. Provide Braille and raised letter room signs per ADAAG throughout.

b. Provide lever door hardware on the Women's restroom door.

5. Public Restrooms Serving the Hana Youth Center and Community Center:

a. Raise a lavatory in each restroom to ADAAG height and insulate the pipes underneath.

b. Provide accessible mirrors in the restrooms.

c. Relocate paper towel dispensers to have the highest operating mechanism at 54".

d. Reposition the toilets in the accessible stalls to be 18" from the side walls and relocate the flush mechanisms to the wide side of the stall.

e. Replace the grab bars in the accessible stalls with ADAAG compliant grab bars.

f. Relocate the toilet paper dispensers per ADAAG.

g. Reverse the swing of the Men's restroom entry door to have ADAAG required maneuvering space or remove the interior wing wall blocking the pull side maneuvering space, and provide a U-shaped pull on the inside of the accessible stall in that restroom.

ADA Transition Plan Modifications List for…

# Wells Park

1. Baseball Fields:

   a. Provide a new accessible parking space at the parking lot behind the backstop of the ball field furthest from the Junior High.  Provide another new accessible "Van" parking space adjacent to the covered bleachers adjoining the access road and serving the ball field closest to the Junior High.

   b. Relocate the vehicular gate along this service road from adjacent to the existing pay phone to behind the dugout closest to the park maintenance shed.

   c. Provide a new accessible walk from the covered bleachers by the new accessible parking space at 1st base to the covered bleachers on the 3rd base side.  Link this walkway to the two gates provided for field access.

2. Shunshinkan Aikido Dojo

   a. Provide a new accessible parking space near the public sidewalk in the parking lot serving the Dojo.

   b. Provide a sign at the top of the steps leading down to Tennis Court #3 stating the accessible route is from the main parking lot.

3. Tennis Facilities

   a.  Regrade the designated accessible parking spaces serving the tennis facilities so they are level with a maximum slope of 2% in any direction per ADAAG.  Restripe them to provide a "Van" accessible parking space.

   b. Replace the steep curb ramp in front of these parking spaces with one that is accessible and link it to the parking spaces closest to the dumpster with a new curb ramp and crosswalk that will connect to the pedestrian approach walk from the public sidewalk and over to the Restrooms.

   c. Install a new sloping accessible walk from the public sidewalk that runs between this parking area and the ball fields up to the crosswalk in front of the dumpster.

d. Provide a new accessible sloping walk from the public sidewalk noted in item 3c to the Restroom Building.  Along this accessible approach walkway, install two level concrete pads for new accessible picnic tables and two pads adjacent to the existing metal bleachers.

e. From the Restroom Building walkway, provide a new switch back ramp leading down to tennis courts #3.

f. Provide a 36" long portion of the counter at the Tennis Club window which is 28 ½" high with a bottom edge at 27".  Provide cane detectable elements at the edges of the high counter.

4.  Restroom Building near the Tennis Facilities:

a. Reverse the swing of the accessible toilet stall doors.

b. Replace the inaccessible toilet paper dispenser with roll-type per ADAAG.

c.  Replace the accessible room identification sign at the Men's restroom.

ADA Transition Plan Modifications List for…

# Hookipa Beach Park

1. Scenic Overlook Area:

    a. Provide a "Van" accessible parking space at the large parking lot in the scenic overlook area.

    b. Provide a new curb cut at the access aisle leading to a new level wheelchair viewing platform near the overlook railing.

    c. Replace the existing port-a-jon with an accessible unit and relocate the new accessible port-a-jon to be on an accessible route from the new accessible parking space.

2. Restripe the 2 existing accessible parking spaces at the paved lower level beach park parking area and provide one of them as a "Van" accessible parking space.

3. Provide a new accessible walk from the parking area to the picnic pavilions (install a new accessible picnic table per pavilion), 2 new accessible grilles, the pay phones, restroom building, and the rinsing shower by the restrooms.

4. Public Restrooms on the Lower Level Beach Park:

    a. Add Braille and raised letter room signs per ADAAG.

    b. Insulate the accessible lavatory pipes.

    c. Relocate the toilet paper dispenser to be within 36" of the rear wall.

    d. Add U-shaped pulls on the interior side of the accessible stall doors.

5. Provide cane detectable screening elements at the protruding drinking fountains adjacent to the restrooms.

6. Add 48" high accessible shower head at the rinsing shower adjacent to the restrooms.

ADA Transition Plan Modifications List for…

# Cooke Memorial Pool

1.  Patch the ¾" asphalt lip between the accessible parking space and the adjoining concrete walkway.

2.  Construct a new switch-back accessible (5% max. slope) connecting walk between the Pool and the Mitchell Pauole Community Center.

3.  Add a new crosswalk from the walkway adjacent to the accessible parking space to the opposite side of the parking lot and install a new curb ramp to link this facility to the public sidewalk.

4.  Men's and Women's Locker Rooms:

>   a. Add an accessible bench and mirror in each dressing room.

>   b. Combine 2 toilet stalls to create one accessible toilet stall per ADAAG.

>   c. Raise one of the lavatories then add accessible faucet hardware and pipe insulation.

>   d. Create an accessible roll-in shower stall in the gang shower area by installing an additional 48" high shower head, paddle shower controls and grab bars per ADAAG.

>   e. Provide clothing hooks near each of the showers at 48" high.

>   f. Install new Braille and raised letter room signs near the entry door per ADAAG.

>   g. In the Women's Locker Room, remove the wing wall next to the entry door that encroaches into the minimum required latch side, pull side maneuvering space.

5.  Lower the drinking fountain to provide the 27" wheelchair accessible knee height and cane detectability.

6.  Modify 2 of the picnic tables around the pool to allow accessible wheelchair use per ADAAG.

7.  Screen the underside of the movable bleachers around the pool deck for cane detectability.

ADA Transition Plan Modifications List for…

# Mitchell Pauole Center

1. Parking Issues:

    a. Add one "Van" accessible parking space on the opposite side of the access aisle from the existing accessible parking space.

    b. Remove the "built-up" curb ramp that projects into the access aisle and replace it with an accessible curb ramp that begins at the head end of the access aisle of the accessible parking spaces.

    c. The post mounted sign identifying the existing accessible parking space is mounted too low and can be blocked from view by a vehicle parked in the space – install a higher post mounted sign.

2. Maui County Administrative Building:

    a. Replace the round door knobs with accessible lever hardware.

    b. Screen off the existing 41" high counter with cane detectable elements and provide an accessible counter or table nearby.

    c. Provide accessible tactile and Braille "Exit" signs adjacent to the interior exit doors of all public rooms and spaces.

3. Main Hall of the Community Center:

    a. Make a portable platform lift available (via web site or request phone line) for persons with disabilities who wish to use the portable stage (12" level change) area.

    b. Add or modify 4 of the existing picnic tables at the back porch to be accessible.

    c. At one pair of swinging entry door on each side of the Main Hall, replace the inaccessible threshold with an accessible threshold and identify those doors with the International Symbol of Accessibility.

    d. Provide two accessible dining room tables for the Main Hall.

    e. Install cane detectable elements at the food service counter in the Main Hall.

    f. Install an accessible drinking fountain to serve the Main Hall.

4. Public Men's and Women's Restroom at the Community Center:

    a. Bevel the abrupt level changes at the restroom entry door thresholds to make them accessible.

    b. Provide a new accessible mirror

    c. Lock open the bathroom doors to prevent trapping wheelchair users because of the lack of latch side, pull side maneuvering space and also to eliminate the need to reconstruct the sloping stoops at the entry doors.

    d. Combine two of the existing stalls in each restroom to create an accessible toilet stall in each restroom.

    e. Repair the missing handle on the accessible lavatory faucet in the Men's restroom.

    f. Insulate the pipes under the accessible lavatories.

5. Pave an accessible walk from the back porch of the Main Hall to a new 7'x15' level wheelchair seating pad by the movable bleachers in the grass.

ADA Transition Plan Modifications List for…

# Hana Ball Park

1.  Provide a new approach ramp down from Hauoli Road to the field level. Place the ramp between the existing rock wall and the basketball court that parallels Hauoli Road.  From the bottom of the new ramp connect a new accessible walk to the tennis courts, basketball court, court lights switch panel, concessions stand, restroom building, gates to the baseball field and level wheelchair seating pads adjacent to the bleachers near 3rd base and 1st base.

2.  Provide a new concessions stand service counter with the top at 28" and the underside at 27" for cane detectability.

3. Provide a new accessible drinking fountain linked to the new accessible walk.

4.  Women's Restroom:

    a. Relocate the Braille and raised letter room sign to be centered at 60" high.

    b. Insulate the lavatory pipes.

    c. Raise the lavatory 1".

    d. Install U-shaped pull on the interior side of the stall door.

5.  Men's Restroom:

    a. Raise the lavatory 6".

    b. Replace the faucet hardware with an accessible faucet.

    c. Insulate the lavatory pipes.

    d. Provide a raised toilet seat at 17"-19" high.

    e. Replace the tank with one having a flush mechanism on the wide side.

    f. Install U-shaped pull on the interior side of the stall door.

6.  Install new accessible playground equipment, surfacing and link to the new accessible walk.