ADA Transition Plan Modifications List for...

# General Maintenance Issues for All Parks

1. Install retrofit "$500 Fine" sticker over accessible parking fine amount to ensure compliance with HAR 11-219.
2. Install new post mounted sign as required to identify "No Parking in Access Aisle" for "Van Accessible" parking spaces per HAR 11-219.
3. Adjust all lavatory faucets to allow minimum 10 second flow if they are the timed "flow control" style faucets.
4. Adjust all door closers that can be adjusted for closing time and force to allow minimum 3 second closing time per ADAAG and a maximum 5# closer force per ADAAG.
5. At all existing and new accessible toilet stalls, replace single sheet toilet paper dispensers with a dispenser that does not restrict paper flow.

EXHIBIT " C "