# MINUTES

CASE NUMBER:      CV01-00666HG-KSC

CASE NAME:        Richard Skaff v. County of Maui

ATTYS FOR PLA:    Lunsford Phillips

ATTYS FOR DEFT:   Laureen Martin
                  Paul Sheriff

INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:   C5 - no record

DATE:    6/6/2007                 TIME:       10:30-11:00am

COURT ACTION:  EP: Status Conference.  Also present, Dennis Schwind, ADA coordinator for Maui County; Robert Halvorson, CIP coordinator; and Bill Hacker, County expert.

Parties have made progress and reported their progress to the court.

Deadline for filing objection/comments to the report prepared by the Special Monitor: 7/6/07.

Further Status Conference set 7/20/07, 9:15am, Judge Chang.  If there are no objections filed, the parties may participate by phone.

Submitted by: Shari Afuso, Courtroom Manager