# MINUTES

CASE NUMBER:        CV01-00666HG-KSC

CASE NAME:          Richard Skaff v. County of Maui

ATTYS FOR PLA:      Lunsford Phillips, by phone

ATTYS FOR DEFT:     Laureen Martin, by phone
                    Paul Sheriff

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   C5 - no record

DATE:    7/20/2007                  TIME:       9:15-9:30am

COURT ACTION:  EP: Further Status Conference.  Discussion held regarding letters submitted by counsel.  The court will set a deadline of 8/3/07 for Ms. Martin to submit a draft Stipulation/Addendum.

Submitted by: Shari Afuso, Courtroom Manager