## EXHIBIT 'A'

1. Ramp slopes to be set at 7.1%, rather than 8.3%. [ADAAG 4.8.2; 4.7.2 - based upon US DOT publication "Part 2: Designing Sidewalks and Trails for Access"]

2. Cross slopes on accessible routes to be specified at 1%, rather than 2%. [ADAAG 4.3.7- based upon Fair Housing Accessibility Guidelines provision for 1/8" per foot drainage at primary entry doors]

3. Minimal width of walks, ramps and curb ramps to be 48", rather than 36" unless infeasible. [ADAAG 4.3.3; 4.7.3; 4.8.3 - based upon US Access Board proposed rule for Public Rights-of-Way access]

4. Lower limit of cane detectable protruding objects to 12" from 27". [ADAAG 4.4.1 - based upon advice of US Access Board wayfinging researcher]

5. Ramp landings add 2" to minimum width and depth. [ADAAG 4.8.4 - just a little extra maneuvering space]

6. Top of ramp handrails to be 35" above ramp surface. [ADAAG 4.8.5]

7. Pull side, latch side maneuvering space at doors and gates to be 24", rather than 18". [ADAAG 4.13.6 - ADAAG preference]

8. Exterior door closers to be 8 lbs maximum, unless not feasible. [ADAAG 4.13.11 - based upon early ANSI]

9. No toilet paper dispenser installed closer than 12" above the top of the side wall grab bar. [ADAAG 4.16.6 - based up ANSI 2003 Specification]

10. Add 1" to minimum width and depth of accessible toilet stall (not ambulatory stall). [ADAAG 4.17.3 - Based upon Massachusetts Access Code recommendations]

11. Install u-shaped pulls on the inside and outside of each accessible toilet stall door. [ADAAG 4.17.5 - Based upon ADA/ABA Guidelines 604.8.1.2]

12. Center toilet 18" from the adjacent stall partition rather than a permanent wall to allow for minor relocation of the stall partition if toilet is misplaced during construction. [ADAAG 4.17.3 - Based upon experience]

13. Grab bars in single user toilet rooms and standard accessible stalls shall be mounted with the center at 35" above the floor. [ADAAG 4.16.4; 4.17.6]

14. Set urinal rim at or below 15" above the floor. [ADAAG 4.18.2]

15. Use the "Universal Parking" space design for "van accessible" parking spaces with a 5' wide access aisle and an 11' foot wide parking space. [Based upon ADAAG A4.6.3]

16. Where feasible, use a sidewalk design with a slope no greater than 5% to negotiate interior and exterior level changes that might otherwise have been negotiated with a ramp. [Based upon UFAS Retrofit Manual]

17. Use truncated dome detectable warning surfaces specified under the US DOT recommendations (see http://www.fhwa.dot.gov/environment/bikeped/dwm.htm

18. For other dimensions which are specified in the ADAAG as a range, in order to build in a measure of construction flexibility, develop plans to have design drawings include accessible dimensions that are less than the outer limits of the ranges by the following amounts:

    a. If 0"-2" dimension specified in ADAAG, then no reduction preferred;

    b. If 2"-36" dimension specified in ADAAG, then 1/2" reduction preferred;

    c. If >36" dimension specified in ADAAG, then 1" reduction preferred.

Examples of this include: Lavatory rim mounted no higher than 33 ½" above the floor; bottom edge of the reflecting surface of the mirror above the lavatory should be no higher than 39". [Based upon Massachusetts Access Code recommendations.]